**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| DANIEL COCKRELL, et al. | : | Case No. 3:15-cv-00301 |
| | : | |
| Plaintiff(s), | : | Judge Walter Herbert Rice |
| | : | |
| vs | : | |
| | : | |
| NATIONAL CREDIT ADJUSTERS, LLC | : | |
| | : | |
| Defendant(s). | : | |

## ENTRY OF DEFAULT

It appears that National Credit Adjusters, LLC is in default, having failed to plead or otherwise defend in this cause as required by law.  Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against (Name) on this 30th day of November, 2015.

> Richard W. Nagel, Clerk of Court
> United States District Court
> Southern District of Ohio
>
>
> By:  S/Jeanne M. Batten
> Deputy Clerk

*(Rev. 02/01/2015)*